ROBERT E. HESS (SBN 178042)
rhess@hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone: 213-680-2800
Facsimile: 213-614-7399

Attorneys for Defendant
Metropolitan Life Insurance Company,
erroneously sued as Metropolitan Life Insurance
Company of America

Emily A. Bolt (State Bar No. 253109)
Bolt Keenley Kim LLP
2855 Telegraph Ave., Suite 517
Berkeley CA 94705
Phone: (510) 225-0696
Fax: (510) 225-1095
Ebolt@bkkllp.com

Attorneys for Plaintiff John Doe

**4/1/2020**

**IT IS SO ORDERED**

Judge Yvonne Gonzalez Rogers

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No. 4:19-cv-01574-YGR<br><br>(Honorable Yvonne Gonzalez Rogers)<br><br>**STIPULATION TO DISMISS CASE WITH PREJUDICE**<br><br>**Compliance Hearing**<br>Date: April 3, 2020<br>Time: 9:01 A.M.<br>Courtroom: 1 - 4th Floor - Oakland<br><br>Complaint Filed: March 26, 2019 |

Pursuant to the Court's order of February 24, 2020 (ECF No. 41), the Parties submit this stipulation to dismiss the case with prejudice.

1

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and between the parties, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to shall bear their own fees and costs. |

DATED: March 26, 2020          BOLT KEENLEY KIM LLP

By: */s/ James P. Keenley*
JAMES P. KEENLEY
Attorneys for Plaintiff
John Doe

DATED: March 26, 2020          HINSHAW & CULBERTSON LLP

By: */s/ Robert E. Hess*
ROBERT E. HESS
Attorneys for Defendant
Metropolitan Life Insurance Company, erroneously sued as Metropolitan Life Insurance Company of America

*Filer's Attestation: Pursuant to Local Rule 5-1(i)(3) regarding signatures, James P. Keenley hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*